UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NILTON IDARRAGA**,

    Plaintiff,

v.                                      CASE NO. 3:14-cv-1275-J-25JBT

**ASSET ACCEPTANCE, LLC**,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to Extend Time to File Motion for Class Certification (Dkt. 22). Upon consideration, it is

**ORDERED** that the Motion to Extend Time (Dkt. 22) is **GRANTED**. Plaintiff shall have to and including April 20, 2015, to file his motion for class certification.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of January, 2015.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record