UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NILTON IDARRAGA**,

    Plaintiff,

v.                                              Case No.  3:14-cv-1275-J-25JBT

**ASSET ACCEPTANCE, LLC**,

    Defendant.

_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

This cause came on for consideration concerning completion of discovery and the scheduling of pre-trial procedures and trial, and the Court having considered the positions of the parties, it is

**ORDERED**:

1. Parties are directed to meet the agreed upon terms and time limits in the parties' Case Management Report, except as noted below:

> Expert witness disclosure deadline is  September 3, 2015.
> Discovery cut-off date is  October 1, 2015.
> Dispositive motion filing deadline is November 2, 2015.
> Pre-trial conference is set for March 22, 2016, at 10:15 a.m.
> Trial term begins May 2, 2016, at 9:30 a.m.

Note: The parties may agree among themselves to extend discovery if they deem necessary.  However, no other deadlines under this order will be extended as a result of the agreement**.**

2. Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures.

  3. Motions to amend any pleading or a motion for continuance of any pretrial conference, hearing, or trial filed after issuance of this Case Management and Scheduling Order are disfavored.  (See Local Rule 3.05(c)(2)(E) and Local Rules 3.05(c)(3)(D).

  4. A pre-trial conference will be held in **Courtroom 10A, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida**, on **March 22, 2016**, at **10:15 a.m**.

  5. This case is set for **Jury** trial in Jacksonville, Florida during the trial term beginning **May 2, 2016**, at **9:30 a.m.**

  6. In order that the intended purposes of the pre-trial procedure are accomplished, all meetings of counsel, including the pre-trial conference, shall be attended by counsel who will participate in the trial of the case and is vested with full authority to make and solicit disclosures and agreements touching all matters pertaining to the trial.

  **DONE AND ORDERED** at Jacksonville, Florida this 29th day of January, 2015.

HENRY LEE ADAMS, JR.
United States District Judge

Distribution:
 -Copy to Counsel and Unrepresented Parties